# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

138372

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

In re Reinstatement Petition

of

ROBERT F. LEONARD,
            Petitioner-Appellant.

SC: 138372
ADB: 07-87-RP

_____/

On order of the Court, the application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CORRIGAN, J., states as follows:

I am not participating because I was an Assistant U.S. Attorney involved in petitioner's original conviction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
Clerk

p0615